**Order filed January 8, 2016**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-01070-CR

————————

## EX PARTE YROOJ SHAMIM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the County Criminal Court at Law No. 3
### Harris County, Texas
### Trial Court Cause No. 1822364-B

---

## ORDER

This is an appeal from a judgment signed December 3, 2015. The district clerk has informed this court that the appeal was mistakenly assigned to this court instead of the Court of Appeals for the First District of Texas.

It is **ORDERED** that the appeal docketed under this court's appellate cause number 14-15-01070-CR is transferred to the Court of Appeals for the First District of Texas. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM